[No. 8587–9–II.  Division Two.  May 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
GEORGE M. MANUSSIER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–01865–0, William L. Brown, Jr., J., entered February 7, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 9377–4–II.  Division Two.  May 15, 1987.]

THOMAS E. EDWARDS, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–2–00400–0, Paula Casey, J., entered November 12, 1985. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 9919–5–II.  Division Two.  May 15, 1987.]

ANTON MILLER, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–01536–7, Donald H. Thompson, J., entered May 13, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.